IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                               CRIMINAL NO. 3:05cr178-WHB-JCS

GEORGE S. SMITH, JR.

### ORDER TO RELEASE FUNDS

THIS DAY THIS CAUSE came on to be heard on the motion of the Defendant, for the return of funds posted as bail in the above-numbered cause, and the Court having heard and considered the same does hereby find as follows:

1. That in the above-numbered cause, bond was set in the amount of $30,000.00.
2. That this bond was posted in the Jackson Division of the United States District Court for the Southern District of Mississippi by George S. Smith, Sr., father of George S. Smith, Jr.
3. That the case of *United States v. George S. Smith, Jr.*, has been concluded and the $3,000.00 bond posted in this case should be returned to George S. Smith, Sr.

IT IS, THEREFORE, ORDERED that the United States District Clerk for the Southern District, Southern Division shall return the $3,000.00 bond posted in this case to George S. Smith, Sr., 1519 Jones Avenue, Jackson, Mississippi 39204.

SO ORDERED, this the __3 0__ day of __Aug__, 2007.

_____
UNITED STATES MAGISTRATE JUDGE